IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN A. LAWRENCE,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-230-jdp

v.

CHRIS BUESGEN AND JEFFREY PUGH,

      Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 2/8/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |